## EXHIBIT No. 1

*ORTIZ' BODY-WORN-CAMERA FOOTAGE*

*THIS EXHIBIT SUBMITTED TO THE COURT IN HARD-COPY IN ORDER TO PROTECT THE IDENTITY OF A MINOR CHILD*