# EXHIBIT No. 3

*INCIDENT REPORT*

*THIS EXHIBIT SUBMITTED TO THE COURT IN HARD-COPY IN ORDER TO PROTECT THE IDENTITY OF A MINOR CHILD*